BENJAMIN TAISHOFF and Another, Appellants, v. ANNIE V. ELKEMA and Another, Respondents.—Judgment affirmed, with costs, on opinion

on former appeal (171 App. Div. 288). Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMOUR & COMPANY, a Foreign Corporation, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.